In the Matter of the Claim of EDWARD MILLER, Respondent, against DE PARMA AND HOSKWITH CO., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued May 20, 1941; decided June 12, 1941.

*T. Carlyle Jones* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.